UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CAPITAL PRODUCE DISTRIBUTORS, )
INC., )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　) Case No. 08-21239-CIV-UNGARO/SIMONTON
　　　　　　　　　　　　　　　　　　　　　)
J & K TROPICALS, INC., and JESSE J. )
FERNANDEZ, individually, and KATRINA )
M. FERNANDEZ, individually, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )

## TEMPORARY RESTRAINING ORDER

Plaintiff's Application for the issuance of a Temporary Restraining Order under Federal Rules of Civil Procedure 65(b) (the "Application") came before this Court and the undersigned on the date set forth below. The Court considered the Application, the Affidavit of Johnny Ray Holifield and all related moving papers. The Plaintiff's Affidavit demonstrates defendants, J & K Tropicals, Inc. (the "Company"), Jesse J. Fernandez and Katrina M. Fernandez, each individually, (collectively the "Principals")(the Principals and the Company are collectively referred to herein as the "Defendants"), purchased perishable agricultural commodities ("Produce") in interstate commerce and, thereafter, failed to pay the Plaintiff in violation of the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t, as amended (2004 & Supp. 2006) (the "PACA").

These same pleadings and supporting documents establish that the Defendants have either dissipated the PACA trust or have presented a sufficient threat of dissipation of such trust to warrant the relief granted in this Order. On the basis of the pleadings, Affidavit and other submissions the Plaintiff filed in this matter, it appears to this Court that the Plaintiff will suffer immediate and irreparable injury due to the Defendants' dissipation of Plaintiff's beneficial interest in the statutory

trust created pursuant to 7 U.S.C. § 499e(c) and that such dissipation will continue in the absence of injunctive relief. The Court is of the opinion that a Temporary Restraining Order should be issued without notice thereof due to the threat of further dissipation that such notice might allow.

Based on the foregoing, **IT IS HEREBY ORDERED**:

1. Defendants, J & K Tropicals, Inc., Jesse J. Fernandez and Katrina M. Fernandez, each individually, and their respective agents, attorneys, officers, assigns, and any of their banking institutions must not pay, withdraw, transfer, assign or sell any and all existing PACA trust assets or otherwise dispose of corporate assets to any creditors, persons or entities until further Order for this Court.

2. Pending further orders of this Court, no banking institution holding funds for any Defendant shall pay, transfer or permit assignment or withdrawal of any existing PACA trust assets held on behalf of Defendants.

3. Within three (3) business days of the entry of this Order, the Defendants must account to the Court and the Plaintiff's counsel for all accounts receivable, accounts payable, equipment, inventory and all other assets subject to the PACA trust and the regulations promulgated thereunder.

4. The Defendants, their agents, employees, successors, banking institutions, attorneys and all persons in active concert and participation with Defendants shall immediately turn over to the registry of the Court all assets impressed with the PACA trust.

5. This Order will be binding upon the parties to this action, their officers, agents, servants, employees, banks, or attorneys and all other persons or entities who receive actual notice of this Order by personal service or otherwise. In this regard, within three (3) business days of the entry of this Order, the Defendants shall serve a copy of this Order on all financial institutions with which any of the Defendants does any business, may do any business with or who may be holding

any PACA trust assets for or on behalf of any of the Defendants.

6. Because Defendants already possess $63,269.10 of PACA trust assets which is the Plaintiff's property, the bond in this matter is hereby set at $0.00.

7. A Preliminary Injunction Hearing is hereby set for May 7, 2008 at 9:30 A.M. in front of the Hon. Andrea Simonton, U.S. Magistrate Judge ~~in Courtroom~~ of the United States District Court for the Southern District of Florida, in Miami, Florida.

8. Plaintiff, through its Counsel, shall serve a true and correct copy of this Order on all Defendants including their respective counsel, if known.

DATE: April 29, 2008

ENTER:

_____
UNITED STATES DISTRICT JUDGE